UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of December, two thousand and fourteen,

| | |
|---|---|
| United States of America, | **ORDER** |
|    Appellee, | Docket No: 14-4396 |
|    v. | |
| Gilberto Valle, AKA Sealed Defendant 1, | |
|    Defendant - Appellant, | |
| Michael Vanhise, AKA Sealed Defendant 1, Robert Christopher Asch, AKA Chris, Richard Meltz, AKA Rick, | |
|    Defendants. | |

    Counsel for APPELLANT Gilberto Valle has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 24, 2015 as the brief filing date.

    It is HEREBY ORDERED that Appellant's brief must be filed on or before March 24, 2015. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

                                For The Court:

                                Catherine O'Hagan Wolfe,
                                Clerk of Court

